UNITED STATES of America,
Plaintiff—Appellee,

v.

Monstsho Eugene VERNON,
Defendant—Appellant.

No. 10–7136.

United States Court of Appeals,
Fourth Circuit.

Submitted: Sept. 28, 2010.

Decided: Oct. 6, 2010.

Monstsho Eugene Vernon, Appellant Pro Se. Elizabeth Jean Howard, Assistant United States Attorney, Greenville, South Carolina, for Appellee.

Before WILKINSON, SHEDD, and DAVIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Monstsho Eugene Vernon appeals the district court's order denying his motion filed pursuant to 18 U.S.C. § 3582(c)(2) (2006), which sought a reduction in his sentence based upon Amendment 599 to the Sentencing Guidelines. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Vernon*, No. 6:01–cr–00239–HMH–3 (D.S.C. Aug. 4, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*